**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN PESCADOR, | ) NO. CV 06-4174-GW (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| LARRY SCRIBNER, | ) RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge filed on September 7, 2011 ("Report"), petitioner's Objections to the Report, and the Final Report and Recommendation of United States Magistrate Judge ("Final Report"). The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report and the Final Report.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

  LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: <u>March 15, 2012</u>.

              *George H. Wu*
               GEORGE H. WU
             UNITED STATES DISTRICT JUDGE