**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN PESCADOR, | ) NO. CV 06-4174-GW (MAN) |
|  Petitioner, | ) |
| v. | ) JUDGMENT |
| LARRY SCRIBNER, | ) |
|  Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>March 15, 2012</u>.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE